### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

RICHARD DOSS

    vs                                                            Case No. 5:08cv68/RS/EMT

SGT LANGFORD, et al

---

### ORDER

Plaintiff's **Cover Letter to Clerk with "Plaintiff's Amended Complaint..." (and three service copies; received by the clerk of the court on August 5, 2008**), was referred to the undersigned with the following deficiencies:

> The document (Amended Complaint) does not contain Plaintiff's original signature. An original signature must be affixed to any document filed in paper form. *See* Fed. R. Civ. P. 11(a); N.D. Fla. Loc. R. 5.1(B)(5).[1]

> The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the documents shall be returned to Plaintiff by the Clerk without electronic filing.

---

[1] Plaintiff is also advised that his document titled "amended complaint" is not on the court-approved form. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a complaint under section 1983 unless the appropriate complaint form is completed.

FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 2 of 2

**DONE AND ORDERED** this 21<u>st</u> day of August 2008.

<u>/s/ *Elizabeth M. Timothy*                    </u>
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 5:08cv68/RS/EMT